| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>JILL A. MANZO, ESQ.<br>ZCH5584<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>ISAAC STOBEZKI and SHARON BETH STOBEZKI<br><br>  Debtor(s). | Case No.:   21-10293 SLM<br><br>Adv. No.:<br><br>Chapter:   13<br><br>Hearing Date: February 24, 2021<br><br>Judge: Honorable Stacey L. Meisel<br><br>**OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTOR'S PLAN** |

    I, JILL A. MANZO, ESQ. , do hereby certify as follows:

    1.  I am an attorney at law of the State of New Jersey associated with the law firm of FEIN, SUCH, KAHN & SHEPARD, PC, attorneys for **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**, ("Secured Creditor" herein), and I am fully familiar with the facts and circumstances of the within matter.

    2.  Secured Creditor objects to confirmation of Debtors' plan for the reasons which follow:

        (a)   Secured Creditor holds a mortgage on Debtors' residence which is located at 136 VAN BUREN AVE, TEANECK NJ 07666.

As of the date of the bankruptcy filing, Debtors were in default on the terms of the Note and Mortgage. Total arrears due to Secured Creditor through the plan are approximately $3,748.48. Secured Creditor intends to fill a Proof of Claim with the Court.

    (b) Part 4(a) of the Debtors' proposed Plan provides for payment of arrears of $0.00 to the Secured Creditor. Debtors' proposed plan is insufficient in that it understates the amount of Secured Creditor's arrears that are required to be cured through the Plan. Absent a modification by the Debtors to include the correct amount of arrears, this plan can not be confirmed.

    (c) Furthermore, Secured Creditor objects to Debtors' confirmation in that if the Debtors are post-petition delinquent at confirmation and Debtors' case is dismissed then any excess funds that the Chapter 13 Trustee is holding should be released to the Secured Creditor. Absent the release of such excess funds in the possession of the Trustee, Secured Creditor is substantially harmed as the Debtors have enjoyed the benefit of the automatic stay to the detriment of Secured Creditor. Absent such language in the Order of Confirmation, confirmation of Debtors' plan must be denied.

    3. For the reasons stated above, and for any others that the Court deems fit to adopt, Secured Creditor respectfully objects to Debtors' plan and confirmation thereof.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by

me are wilfully false, I am subject to punishment.

                                                  **FEIN, SUCH, KAHN & SHEPARD, PC.**
                                                  Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

                                                  By:/S/JILL A. MANZO, ESQ.

DATED: January 26, 2021

cc:   MOSHIE SOLOMON, ESQ. - DEBTOR(S)' ATTORNEY
       MARIE-ANN GREENBERG, ESQ. - TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
JILL A. MANZO, ESQ.
ZCH5584
bankruptcy@fskslaw.com

In Re:

ISAAC STOBEZKI and SHARON BETH STOBEZKI

 Debtor(s).

Case No.:   21-10293 SLM

Chapter: 13

Adv. No.:

Hearing Date:  N/A

Judge: Honorable Stacey L. Meisel

**CERTIFICATION OF SERVICE**

1. I, Ruth Essington:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On January 28, 2021, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a.   Objection to Confirmation

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MOSHIE SOLOMON<br>LAW OFFICES OF MOSHIE SOLOMON, P.C.<br>ONE UNIVERSITY PLAZA<br>SUITE 412<br>HACKENSACK, NJ 07601 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| MARIE-ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>NEWARK, NJ 07102 | U.S. TRUSTEE | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| ISAAC STOBEZKI and SHARON BETH STOBEZKI<br>136 VAN BUREN AVENUE<br>TEANECK, NJ 07666 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>01/28/21</u>                                         <u>/s/Ruth Essington</u>

                                                      Paralegal