

**REPLY TO:**
7 Century Drive, Suite 201
Parsippany, NJ 07054
973-538-4700

February 18, 2021

CLERK OF THE BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET, 3rd FLOOR
COURTROOM 3D
NEWARK, NJ 07102

       Re:      **JPMORGAN CHASE BANK, N.A. v.** ISAAC STOBEZKI
                  and SHARON BETH STOBEZKI
          Case No.: 21-10293 SLM
          File No.: ZCH5584

Your Honor:

Please accept this letter as a formal request to withdraw the Objection to Confirmation of the Plan filed on behalf of JPMorgan Chase Bank, National Association on 01/28/2021 as Item Number 12 on the Court's Docket.

Thank you for your prompt attention to this matter.

Very truly yours,

**FEIN, SUCH, KAHN & SHEPARD, P.C.**


By:  <u>/s/ JILL A. MANZO, ESQ.</u>
      Jill A. Manzo, Esq.


cc:   Attorney for Debtor(s) (via electronically)
      Trustee (via electronically)
      Office of the United States Trustee(via electronically)