| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust<br>JILL A. MANZO, ESQ.<br>SPS2549<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>HENRY BELL, JR.<br><br>  Debtor(s). | Case No.: 22-15432 RG<br><br>Chapter: 13<br><br>Hearing Date: March 15, 2023<br><br>Judge: Honorable Rosemary Gambardella |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.   ☐ Withdrawn.

Matter: <u>Motion to Vacate Stay re: 299 Ege Ave, Jersey City, NJ 07304, Document Number 26.</u>

| | |
|---|---|
| Date: March 13, 2023 | /S/ JILL A. MANZO, ESQ.<br>Jill A. Manzo, Esq. |