UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
Select Portfolio Servicing, Inc., as
servicer for CSMC 2020-RPL2 Trust
JILL A. MANZO, ESQ.
SPS2549
bankruptcy@fskslaw.com

| In Re:<br><br>HENRY BELL, JR.<br><br> Debtor(s). | Case No.:  22-15432 RG<br><br>Chapter:   13<br><br>Adv. No.:<br><br>Hearing Date: March 15, 2023<br><br>Judge:  Honorable Rosemary Gambardella |
| --- | --- |

CERTIFICATION OF SERVICE

1.    I, Kelly Mastandrea:

☐ represent the _____ in this matter.

☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents

Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust

in this matter.

☐ am the _____ in the above case and am representing

myself.

2.    On March 13, 2023, this office caused to be mailed a copy of the

following pleadings and/or documents to the parties listed in the

chart below:

a.  Agreed Order on Resolving Motion for Relief

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MOSHIE SOLOMON LAW OFFICES OF MOSHIE SOLOMON, P.C. ONE UNIVERSITY PLAZA SUITE 412 HACKENSACK, NJ 07601 | Debtor(s)' Attorney | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☒ Other: Email (D.N.J. LBR 9013-4) |
| MARIE-ANN GREENBERG CHAPTER 13 STANDING TRUSTEE 30 TWO BRIDGES ROAD SUITE 330 FAIRFIELD, NJ 07004-1550 | Trustee in Bankruptcy | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☒ Other: Email (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100 NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☒ Other: Email (D.N.J. LBR 9013-4) |
| HENRY BELL, JR. 299 EGE AVENUE JERSEY CITY, NJ 07304 | Debtor(s) | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other: |

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: March 13, 2023        /S/ KELLY MASTANDREA
                             Kelly Mastandrea